BROOKLYN UNION ELEVATED R. CO. et al., Appellants, v. MITCHELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 10, 1905.) Petition of the Brooklyn Union Elevated Railroad Company and the Brooklyn Heights Railroad Company against Edward Mitchell and Grosvenor S. Hubbard, as executors of Benjamin D. Silliman, deceased, relative to acquiring title to real estate on Myrtle avenue, etc. Parcel No. 1a, premises No. 32 Myrtle avenue.

PER CURIAM. Final order affirmed, with $10 costs and disbursements.

HOOKER, J., not voting.

BROWN, Respondent, v. HOSINGTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by Harry Brown against George A. Hosington. No opinion. Order affirmed, with $10 costs and disbursements.

BRUDER, Appellant, v. KLENKE et al., Respondents. (Supreme Court, Appellate Term. February 28, 1905.) Appeal from Municipal Court, Borough of Manhattan, Tenth District. Action by Abe Bruder against Emma R. Klenke and another. From a judgment for defendants, after a trial without a jury, plaintiff appeals. Affirmed. Jacon I. Wiener, for appellant. Albert G. Sharkey, for respondent.

PER CURIAM. One of the defendants pleaded that the note sued upon was diverted from the purposes for which she gave her indorsement, and the other defendant pleaded that it was given for a gambling debt. There was satisfactory evidence given in support of each of these defenses, and of the further fact that the plaintiff did not receive the note in good faith or for value, but that it was still the property of the original holder, to whom it had been given for a gambling debt. Judgment affirmed, with costs.

BRUGGER, Appellant, v. INTERURBAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. March 3, 1905.) Action by Joseph Brugger against the Interurban Street Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

HOOKER, J., not voting.

BUISSON, Respondent, v. STATE, Appellant. (Supreme Court, Appellate Division, Third Department. March 21, 1905.) Action by Livina J. Buisson against the state of New York. No opinion. Judgment unanimously affirmed, with costs.

BURGER, Respondent, v. FRICK CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 15, 1905.) Action by George W. Burger against the Frick Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, unless the plaintiff stipulates to reduce the verdict to the sum of $400, as of the date of the rendition thereof, in which event the judgment and order, as thus modified, are affirmed, without costs of this appeal to either party.

WILLIAMS, J., votes for unconditional reversal.

BURGESS, Respondent, v. WING, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) Action by Elnora Burgess against James A. Wing. No opinion. Judgment and order affirmed, with costs.

BURNHAM, Respondent, v. FRANKLIN, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Frederick A. Burnham against Charles T. Franklin. R. S. Baldwin, for appellant. S. T. Tyng, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. See 89 N. Y. Supp. 917.

BURNS. v. OLD STERLING IRON & MINING CO. (Supreme Court, Appellate Division, Fourth Department. March 1, 1905.) Action by Milo Burns against the Old Sterling Iron & Mining Company.

PER CURIAM. Motion to dismiss appeal granted, unless within 20 days the appellant procures the printed papers on appeal to be filed and served as required by the rules of this court, and pays $10 costs of this motion, in which event the motion is denied.

BUSHA v. ALICE FALLS CO. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Mary E. Busha, as administratrix of Fred N. Busha, deceased, against the Alice Falls Company. No opinion. Motion denied.

BUTLER, Respondent, v. VILLAGE OF OXFORD, Appellant. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Polly Butler against the village of Oxford.

PER CURIAM. Judgment and order affirmed, with costs.

SMITH, J., dissents.

BYRNES, Respondent, v. METROPOLITAN ST. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by Kate Byrnes against the Metropolitan Street Railway Company. B. H. Ames, for appellant. A. E. Woodruff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CALLAHAN, Respondent, v. YONKERS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. March 24, 1905.) Action by Catharine Callahan against the Yonkers Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

CARDEZA, et al. v. OSBORN et al. (Supreme Court, Appellate Division, Second Department. January 27, 1905.) Action by How-

ard J. M. Cardeza and others against Ellen C. Osborn and others. No opinion. Judgment affirmed, with costs.

CARMICHAEL v. JOHN HANCOCK MUT. INS. CO. (Supreme Court, Appellate Division, First Department. February 17, 1905.) Action by Elizabeth Carmichael against the John Hancock Mutual Insurance Company. No opinion. Motion denied, with $10 costs.

CERITO, Appellant, v. STAR SOCIETY OF ITALY FOR MUTUAL SUCCOR & SUPPORT, Respondent. (Supreme Court, Appellate Division, Third Department. January 4, 1905.) Action by Samuel Cerito against the Star Society of Italy for Mutual Succor and Support. No opinion. Judgment affirmed, with costs.

CHAPMAN, Respondent, v. LA DOW, Appellant, et al. (Supreme Court, Appellate Division, Third Department. March 8, 1905.) Action by Edmund G. Chapman against Robah Alice La Dow, as executrix, etc., of Charles La Dow, deceased, and another.

PER CURIAM. Judgment affirmed, with costs.

CHESTER, J., not voting.

CHRISTENFELD, Respondent, v. DAVIDSON et al., Appellants. (Supreme Court, Appellate Term. March 3, 1905.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Samuel H. Christenfeld against Max Davidson and another. From a Municipal Court judgment in favor of plaintiff, defendants appeal. Reversed. Joseph J. Harris, for appellants. Steuer & Hoffman (Max D. Steuer, of counsel), for respondent.

PER CURIAM. We are unable to distinguish the contract involved in this action from that which was considered in Jacobs v. Cohen (Sup.) 90 N. Y. Supp. 854, and was condemned by the Appellate Division of the Second Department as contrary to public policy and void. Upon the authority of that case, the judgment must be reversed, and the complaint dismissed, with costs to the appellant in this court and the court below.

GIEGERICH, J. (concurring in result only). Although I agree with the dissenting opinion in Jacobs v. Cohen (Sup.) 90 N. Y. Supp. 854, I nevertheless feel constrained by the decision of the majority in that case to vote for a reversal.

CITY OF NEW YORK, Respondent, v. FINN, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by the city of New York against William E. Finn. A. I. Elkus, for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CITY OF NEW YORK, Respondent, v. HOLZDERBER, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by the city of New York against Charles P. Holzderber. W. W. Niles,

for appellant. T. Connoly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CITY REAL ESTATE CO., Respondent, v. ASSOCIATE REALTY CONCERN, Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1905.) Action by the City Real Estate Company against the Associate Realty Concern. A. S. Gilbert, for appellant. L. J. Vorhaus, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Respondent, v. HYLAND'S ESTATE, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 8, 1905.) In the matter of the claim of Margaret E. Clark against the estate of John Hyland, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

CLARK, Appellant, v. METROPOLITAN ST. RY. CO., Respondent. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Frank C. Clark against the Metropolitan Street Railway Company. A. S. Bacon, for appellant. C. F. Brown, for respondent.

PER CURIAM. Judgment and order affirmed, with costs, on the opinion in Clark v. Metropolitan Street Ry. Co., 68 App. Div. 49, 74 N. Y. Supp. 267.

O'BRIEN and HATCH, JJ., dissent.

COHEN, Appellant, v. URBACH et al., Respondents. (Supreme Court, Appellate Division, First Department. February 24, 1905.) Action by Harris M. Cohen against Solomon Urbach and others. J. J. Lesser, for appellant. L. M. White, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

COHNFELD, Respondent, v. TANENBAUM, Appellant. (Supreme Court, Appellate Division, First Department. February 10, 1905.) Action by Charles M. Cohnfeld against Leon Tanenbaum. S. M. Stroock, for appellant. G. Weiffenbach, for respondent.

PER CURIAM. Judgment affirmed, with costs, on the authority of Cohnfeld v. Tanenbaum, 176 N. Y. 126, 68 N. E. 141, 98 Am. St. Rep. 653.

VAN BRUNT, P. J., dissents.

COLEMAN et al., Respondents, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1905.) Action by Eugene J. Coleman and another against the New York Central & Hudson River Railroad Company.

McLENNAN, P. J. Order of reversal heretofore entered (90 N. Y. Supp. 264) amended so as to read: "Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law and of fact."

SPRING and HISCOCK, JJ., dissent.